UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANN L. WORTH | CIVIL ACTION |
| VERSUS | NO. 23-3419 |
| STANDARD FIRE INSURANCE COMPANY | SECTION "O" |

## CONDITIONAL ORDER OF DISMISSAL

United States Magistrate Judge Van Meerveld has informed the Court that this case settled during a July 25, 2024 settlement conference.[1]

Accordingly,

**IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty days. The Court retains jurisdiction for all purposes, including enforcing the parties' settlement. Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified not to appear.

New Orleans, Louisiana, this 25th day of July, 2024.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 14.